| | |
|---|---|
| Vanessa R. Waldref<br>United States Attorney<br>Joseph P. Derrig<br>Derek T. Taylor<br>Assistant United States Attorneys<br>Post Office Box 1494<br>Spokane, WA 99210-1494<br>Telephone: (509) 353-2767 | District Judge Tana Lin |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KATYE HURLBUT and DUSTIN HURLBUT, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES; MADIGAN ARMY MEDICAL CENTER, a governmental entity; JANE and JOHN DOES 1-10, in their respective individual capacities,<br><br>Defendants. | CASE NO.  3:22-cv-05819-TL<br><br>**STIPULATED MOTION & ORDER FOR 60-DAY EXTENSION FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**DECEMBER 19, 2022** |

The parties, Katye Hurlbut and Dustin Hurlbut, by and through Thomas B. Vertetis, Elizabeth P. Calora, and William T. McClure of the Pfau, Cochran, Vertetis & Amala firm and Eric Fong of Fong Law, and the United States, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Joseph P. Derrig and Derek T. Taylor, Assistant United States Attorneys for the Eastern District of Washington and Special Attorneys Acting Under Authority Conferred by 28 U.S.C. § 515, have conferred and hereby move pursuant to LCR 7(d)(1) and 10(g) for an agreed/stipulated extension until March 3, 2023 for Defendant United States to respond to Plaintiffs' Complaint.

The requested extension is due to the parties having arranged mediation on February 28, 2023, before mediator Roy Umlauf. Allowing mediation to be accomplished before the parties

STIPULATION & ORDER FOR EXTENSION TO
RESPOND TO PLAINTIFF'S COMPLAINT - 1

engage in responsive pleading will conserve both the parties and the Court's resources, without prejudice to any party. Accordingly, good cause exists for this extension.

RESPECTFULLY SUBMITTED: December 12, 2022.

| | |
|---|---|
| Vanessa R. Waldref<br>United States Attorney for EDWA<br><br>*s/Joseph P. Derrig*<br>*s/Derek T. Taylor*<br>Joseph P. Derrig, WSBA No. 44394<br>Derek T. Taylor, WSBA No. 46944<br>Assistant United States Attorneys and<br>Special Attorneys Acting Under<br>Authority Conferred by 28 U.S.C. §515<br>United States Attorney's<br>920 W. Riverside Ave, Ste 340<br>Spokane, WA 99201<br>Phone: (509) 353-2767<br>Fax:    (509) 835-6397<br>Email: USAWAE-jderrigECF@usdoj.gov<br>         USAWAE-dtaylorECF@usdoj.gov<br><br>*Attorneys for Defendant* | PFAU, COCHRAN, VERTETIS & AMALA, PLLC<br><br>*s/Thomas B. Vertetis*<br>*s/Elizabeth P. Calora*<br>*s/William T. McClure*<br>Thomas B. Vertetis, WSBA No. 29805<br>Elizabeth P. Calora, WSBA No. 42527<br>William T. McClure, WSBA No. 54622<br>909 A Street, Suite 700<br>Tacoma, WA 98402<br>Phone: (253) 777-0799<br>Email:  tom@pcvalaw.com<br>           elizabeth@pcvalaw.com<br>           wmcclure@pcvalaw.com<br><br>FONG LAW OFFICE<br><br>*s/Eric Fong*<br>569 Division Street, Suite *300*<br>Port Orchard, WA  98366<br>Phone:  (360) 876-8205<br>Email:  eric@ericfonglaw.com<br><br>*Attorneys for Plaintiffs* |

The parties having stipulated and agreed, it is so ORDERED.

DATED this 19th day of December, 2022.

_____
Tana Lin
United States District Judge

STIPULATION & ORDER FOR EXTENSION
TO RESPOND TO PLAINTIFF'S
COMPLAINT  -2