UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KATYE HURLBUT et al,<br><br>              Plaintiff(s),<br><br>       v.<br><br>UNITED STATES OF AMERICA et al,<br><br>              Defendant(s). | CASE NO. 3:22-cv-05819-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Parties have submitted a stipulated motion to stay the case until March 3, 2023, the deadline for Defendants' response to the Complaint. Dkt. No. 12. The Parties represent that they are engaged in mediation and that a stay of the . *Id.*

(2) The Court finds good cause to stay the case until March 3, 2023, as requested.

(3) Accordingly, it is hereby ORDERED:

   (a) The case is STAYED until March 3, 2023.

(b) The Parties are DIRECTED to file a voluntary dismissal, in accordance with Federal Rule of Civil Procedure 41(a)(1) and Section VII.B of the Court's Standing Order for All Civil Cases, or a joint status report by **March 3, 2023**.

(c) Any other pending deadlines are STRICKEN and will be reset at a future time as needed.

Dated this 12th day of January 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk