| | |
|---|---|
| Vanessa R. Waldref<br>United States Attorney<br>Joseph P. Derrig<br>Derek T. Taylor<br>Assistant United States Attorneys<br>Post Office Box 1494<br>Spokane, WA 99210-1494<br>Telephone: (509) 353-2767 | District Judge Tana Lin |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KATYE HURLBUT and DUSTIN HURLBUT, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES; MADIGAN ARMY MEDICAL CENTER, a governmental entity; JANE and JOHN DOES 1-10, in their respective individual capacities,<br><br>Defendants. | CASE NO.  3:22-cv-05819-TL<br><br>**JOINT STATUS REPORT PURSUANT TO ECF No. 13 AND AGREEMENT ON RESPONSIVE PLEADING DEADLINE & ORDER** |

The parties file this joint status report pursuant to ECF No. 13.

The parties mediated this case with Roy Umlauf on February 28, 2023. The mediation occurred at the offices of Pfau, Cochran, Vertetis, and Amala in Tacoma, Washington. The United States was present with undersigned counsel and Lieutenant Colonel Jennifer McKeel from the Army. Plaintiffs appeared remotely, and their counsel was present in person. The parties were unable to reach a resolution but continue to negotiate a potential settlement.

As negotiations continue, the parties ask the Court to set a Scheduling Conference with the Court which allows sufficient time for the parties to meet and confer pursuant to

JOINT STATUS REPORT & ORDER - 1

FRCP 26(f) and file a joint proposed scheduling order, as the case was stayed before this occurred. Additionally, the parties stipulate and agree that Defendants' responsive pleading deadline, whether by answer or motion, should be April 13, 2023, or 14-days after an Amended Complaint, whichever is later.

RESPECTFULLY SUBMITTED: March 3, 2023.

Vanessa R. Waldref
United States Attorney for EDWA

*s/Joseph P. Derrig*
*s/Derek T. Taylor*
Joseph P. Derrig, WSBA No. 44394
Derek T. Taylor, WSBA No. 46944
Assistant United States Attorneys and Special Attorneys Acting Under Authority Conferred by 28 U.S.C. §515
United States Attorney's
920 W. Riverside Ave, Ste 340
Spokane, WA 99201
Phone: (509) 353-2767
Fax:    (509) 835-6397
Email:USAWAE-jderrigECF@usdoj.gov
        USAWAE-dtaylorECF@usdoj.gov

*Attorneys for Defendant*

PFAU, COCHRAN, VERTETIS & AMALA, PLLC

*s/Thomas B. Vertetis*
*s/Elizabeth P. Calora*
*s/William T. McClure*
Thomas B. Vertetis, WSBA No. 29805
Elizabeth P. Calora, WSBA No. 42527
William T. McClure, WSBA No. 54622
909 A Street, Suite 700
Tacoma, WA 98402
Phone: (253) 777-0799
Email:  tom@pcvalaw.com
           elizabeth@pcvalaw.com
           wmcclure@pcvalaw.com

*FONG LAW OFFICE*

*s/Eric Fong*
569 Division Street, Suite *300*
Port Orchard, WA  98366
Phone:  (360) 876-8205
Email:  eric@ericfonglaw.com
*Attorneys for Plaintiffs*

The parties having stipulated and agreed, it is so ORDERED. Defendants' response to the complaint is due **April 13, 2023**, or **fourteen (14) days** after an amended complaint, whichever is later. An order will issue separately as to a scheduling conference.

DATED this 7th day of March 2023.

Tana Lin
United States District Judge

JOINT STATUS REPORT & ORDER - 2