1
2
3
4
5
6
7
8
9

Thomas B. Vertetis
Elizabeth P. Calora
William T. McClure
Pfau, Cochran, Vertetis & Amala, PLLC
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799
tom@pcvalaw.com
elizabeth@pcvalaw.com
wmcclure@pcvalaw.com

Eric Fong
Fong Law
569 Division St., Suite 300
Port Orchard, WA 98366
(360) 876-8205
eric@ericfonglaw.com

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

KATYE HURLBUT and DUSTIN
HURLBUT, and the marital community
comprised thereof,

                                   Plaintiffs,

vs.

UNITED STATES; MADIGAN ARMY
MEDICAL CENTER, a governmental
entity; JANE and JOHN DOES 1-10, in
their respective individual capacities,

                                   Defendants,

NO. 3:22-cv-05819-TL

**STIPULATED VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE**
**41(a)(1)(A)(ii)**

**NOTE ON MOTION CALENDAR:**
**April 12, 2023**

        IT IS HEREBY STIPULATED AND AGREED by and between the parties and their

respective counsels that the above-captioned action is voluntarily dismissed, with

prejudice and without fees or costs pursuant to the Federal Rules of Civil Procedure

41(a)(1)(A)(ii).

        RESPECTFULLY SUBMITTED:  April 12, 2023.

1   Vanessa R. Waldref                    PFAU, COCHRAN, VERTETIS & AMALA, PLLC
2   United States Attorney for EDWA
                                          *s/Thomas B. Vertetis*
3   *s/Joseph P. Derrig*                  *s/Elizabeth P. Calora*
    *s/Derek T. Taylor*                   *s/William T. McClure*
4   Joseph P. Derrig, WSBA No. 44394      Thomas B. Vertetis, WSBA No. 29805
    Derek T. Taylor, WSBA No. 46944       Elizabeth P. Calora, WSBA No. 42527
5   Assistant United States Attorneys and William T. McClure, WSBA No. 54622
    Special Attorneys Acting Under        909 A Street, Suite 700
6   Authority Conferred by 28 U.S.C. §515 Tacoma, WA 98402
    United States Attorney's              Phone: (253) 777-0799
7   920 W. Riverside Ave, Ste 340         Email:   tom@pcvalaw.com
    Spokane, WA 99201                              elizabeth@pcvalaw.com
8   Phone: (509) 353-2767                          wmcclure@pcvalaw.com
    Fax:    (509) 835-6397
9   Email:USAWAE-jderrigECF@usdoj.gov
            USAWAE-dtaylorECF@usdoj.gov   *FONG LAW OFFICE*
10  *Attorneys for Defendant*
11                                        *s/Eric Fong*
                                          569 Division Street, Suite 300
12                                        Port Orchard, WA  98366
                                          Phone:  (360) 876-8205
13                                        *Attorneys for Plaintiffs*
14

15          The parties having stipulated and agreed, it is SO ORDERED. This case is DISMISSED with

16  prejudice and without fees or costs.

17          DATED this 13th day of April 2023.

18

19

20

21

22  Tana Lin
    United States District Judge
23

24

25

26

2 of 2